UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | DMA Case No. 3:14-MJ-03055-KPN |
| v. | CASD Case No. 8:13-CR-00229-UA-1 |
| AI QUOC TRAN | |
| Defendant. | |

## ORDER

The sum of $40,000.00 was deposited into the Registry of this Court on May 13, 2014 by Jimmy Tran and John Tran, the Sureties herein, on behalf of the Defendant, Ai Quoc Tran, to secure his appearance to answer to charges pending against him in the U.S. District Court in the Southern District of California. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Southern District of California in the amount of $40,000.00 representing the transfer of said bail deposit.

Dated: June 25, 2014

_____
Hon. Kenneth P. Neiman
United States Magistrate Judge